UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01901-SSS-DTBx | Date | September 9, 2026 |
| Title | *Emerson Alvarenga v. Ur M. Jaddou, et al.* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On July 24, 2026, the Court ordered Plaintiff Emerson Alvarenga to show cause why this action should not be dismissed for failure to prosecute—namely, for failing to serve the summons and complaint on any defendant. [Dkt. No. 11]. Alvarenga was required to file a written response by August 7, 2026. [*Id.*]. As of today's date, Plaintiff has not filed a response.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for Alvarenga's failure to timely serve the named defendant and Doe defendants. *See* Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**